**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2098**

─────────────

CHARLOTTE MATTHEWS,

                                     Plaintiff - Appellant,

      versus

DONNA E. SHALALA, SECRETARY, UNITED STATES DE-
PARTMENT OF HEALTH AND HUMAN SERVICES,

                                     Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Walter E. Black, Jr., Senior District
Judge.  (CA-98-3609-B)

─────────────

Submitted:  January 16, 2001      Decided:  January 26, 2001

─────────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Charlotte Matthews, Appellant Pro Se.  Nadira Clarke, Special As-
sistant United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charlotte Matthews appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and the district court's ruling from the bench and find no reversible error. Matthews failed to show that her employer's legitimate, nondiscriminatory reason for offering the GS-13 contract specialist positions to other candidates was "unworthy of credence." Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, ___, 120 S. Ct. 2097, 2108 (2000). She further failed to show that she suffered an adverse employment action as a result of filing a charge of discrimination. See Boone v. Goldin, 178 F.3d 253, 256 (4th Cir. 1999). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED